IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| DARNELL FLONDER, individually and on behalf of a putative class, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 12 CV 2115 |
| SHERIFF OF KANKAKEE COUNTY, KANKAKEE COUNTY, CITY OF KANKAKEE, and KANKAKEE POLICE OFFICERS TRUDEAU AND WAGNER, | ) ) ) ) ) | Judge Michael P. McCuskey
Magistrate Judge David G. Bernthal |
| Defendants. | ) | |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for Defendants, SHERIFF OF KANKAKEE and KANKAKEE COUNTY, furnish the following in compliance with Rule 11.3 of this Court:

1. I am the attorney of record for: SHERIFF OF KANKAKEE and KANKAKEE COUNTY in the above captioned case.

2. The above-named Defendants are not a corporation.

3. The firm of HERVAS, CONDON & BERSANI, P.C. is expected to appear on behalf of the above-named Defendants.

Dated:   05/22/12

s/ Michael W. Condon
MICHAEL W. CONDON, Atty Bar No. 06192071
*Attorney for the Defendants Sheriff of Kankakee and Kankakee County*
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
P:  630-773-4774    F:  630-773-4851
mcondon@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DARNELL FLONDER, individually and on behalf of a putative class, )<br><br>Plaintiff, )<br><br>v. )<br><br>SHERIFF OF KANKAKEE COUNTY, )<br>KANKAKEE COUNTY, CITY OF KANKAKEE, )<br>and KANKAKEE POLICE OFFICERS )<br>TRUDEAU AND WAGNER, )<br><br>Defendants. ) | Case No. 12 CV 2115<br><br>Judge Michael P. McCuskey<br>Magistrate Judge David G. Bernthal |

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2012, I electronically filed the foregoing *Certificate of Interest* with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant:

Kenneth N. Flaxman
Kenneth N. Flaxman P.C.
200 S. Michigan Avenue
Suite 1240
Chicago, IL 60604
P: 312-427-3200   F: 312-427-3930
knf@kenlaw.com
*Attorney for Plaintiff*

    s/ Michael W. Condon
    MICHAEL W. CONDON, Atty Bar No. 06192071
    *Attorney for the Defendants Sheriff of Kankakee and Kankakee County*
    HERVAS, CONDON & BERSANI, P.C.
    333 Pierce Road, Suite 195
    Itasca, IL 60143-3156
    P:  630-773-4774     F:  630-773-4851
    mcondon@hcbattorneys.com