UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **DARNELL FONDER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Case No. 12-CV-2115 |
| **SHERIFF OF KANKAKEE COUNTY,** ) | |
| **KANKAKEE COUNTY, CITY OF** ) | |
| **KANKAKEE, and KANKAKEE POLICE** ) | |
| **OFFICERS TRUDEAU and WAGNER,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

On August 31, 2012, Magistrate Judge David G. Bernthal filed a Report and Recommendation (#27) in the above cause. Judge Bernthal recommended granting the Motion to Dismiss (#15) filed by the City of Kankakee, denying the Motion for Judgment on the Pleadings (#19) filed by Officers Trudeau and Wagner[1], and denying the Motion to Dismiss (#8) filed by the Sheriff of Kankakee County and Kankakee County. On September 14, 2012, Officers Trudeau and Wagner filed their Objection to the Report and Recommendation (#28). Officers Trudeau and Wagner insisted that this court should consider Plaintiff's supplement to the facts included in his Response to the County Defendants' Motion to Dismiss (#18) and grant their Motion for Judgment on the Pleadings.

No objections have been filed to the recommendation that the City of Kankakee's Motion to Dismiss (#15) should be granted and the recommendation that the Motion to Dismiss (#8) filed by the Sheriff of Kankakee County and Kankakee County should be

---

[1] The City of Kankakee was also named on this Motion but since the City will be dismissed from this action, this detail can be ignored.

denied.  Those recommendations are therefore accepted by this court.  This court has carefully reviewed Judge Bernthal's recommendation that the Motion for Judgment on the Pleadings (#19) should be denied and the Objection (#28) filed by Officers Trudeau and Wagner.  Following this court's careful de novo review of Judge Bernthal's reasoning and Defendants' Objection, this court agrees with Judge Bernthal's recommendation that the Motion for Judgment on the Pleadings (#19) should be denied.  This court agrees with Judge Bernthal's thorough and well-supported analysis.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#27) is accepted by this court.

(2) The Motion to Dismiss (#15) filed by the City of Kankakee is GRANTED.  The City of Kankakee is terminated as a Defendant in this action.

(3) The Motion for Judgment on the Pleadings (#19) filed by Officers Trudeau and Wagner is DENIED.

(4) The Motion to Dismiss (#8) filed by the Sheriff of Kankakee County and Kankakee County is DENIED.  Defendants are allowed twenty-one (21) days to file their Answer to Plaintiff's Amended Complaint (#23).

(5) This case is referred to Judge Bernthal for further proceedings.

ENTERED this 18th day of September, 2012

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE\